IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ZACHARY BAILEY, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:18-CV-67-BR |
| AMARILLO PASTA, LLC d/b/a MACARONI JOE'S, and HAWKMON RESTAURANT MANAGEMENT, INC. d/b/a PRG MANAGEMENT, | § § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE TO POTENTIAL CLASS MEMBERS**

Before the Court is the parties' Agreed Motion for Conditional Certification and Notice to Potential Class Members ("Motion"). The Court, having considered the Motion, is of the opinion the Motion should be, and hereby is, GRANTED. The Court conditionally certifies this matter as a collective action, and ORDERS as follows:

Within ten (10) days of the entry of this Order, Defendants shall deliver to Plaintiff's counsel an electronic database that contains the names, last known mailing addresses, and the first four digits of the Social Security Numbers of all persons employed by Defendants in the last three years at Macaroni Joe's whose hourly rate during any workweek was less than the applicable minimum wage (the "Potential Class Members"). Plaintiff's counsel shall use this information to provide notice to Potential Class Members as described in the Motion.

Notice and Consent forms are attached to the Motion as Exhibits "A" and "B." The Court approves the form and content of the Notice. The Court also approves dissemination of the Notice and Consent via mail. The Potential Class Members shall be provided until thirty (30) days after the date the Notice was mailed to return a Consent form opting in to this litigation.

IT IS SO ORDERED.

ENTERED October 29, 2018.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE